**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


DONNA ROBINS,

       Plaintiff,

vs.                                    CASE NO. 5:10cv53/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Motion To Remand (Doc. 22) is granted, the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g).

4. Defendant is ordered to direct the Administrative Law Judge to further consider the severity of Plaintiff's mental impairments. In doing so, the Administrative Law Judge shall discuss and consider all of the relevant evidence, including the October 30, 2006, psychological evaluation by Dr. Renee Baskin.

5.      The clerk is directed to enter judgment for Plaintiff and to close the file.


**ORDERED** on December 8, 2010.


                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**