**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

DONNA ROBINS,

        Plaintiff,

vs.                                    CASE NO. 5:10cv53/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 29).

Defendant does not object to the award of fees sought by Plaintiff (Doc. 28).

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2.    Plaintiff's Petition For Attorney's Fees (Doc. 26) is **granted**.

3.    Pursuant to 28 U.S.C. §2412 (EAJA), Plaintiff is entitled to recover a reasonable fee for attorney representation before the United States District Court for the Northern District of Florida.  Attorney's fees in the amount of $4,192.50 are reasonable under the EAJA .  The Commissioner is directed to pay that amount to Plaintiff, Donna Robins, and to mail payment to Plaintiff's attorney, David E. Evans, at 108 W. 4th Street, Panama City, Florida 32401.

**ORDERED** on March 1, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**